MKL/sls



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-60773-CIV-MARRA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petioner, | ) |
| vs. | ) |
| PETER LETTERESE, | ) |
| Respondent | ) |

### NOTICE OF COMPLIANCE WITH INTERNAL REVENUE SERVICE SUMMONS

The United States of America hereby gives Notice that Respondent, PETER LETTERESE, appeared at the office of Revenue Officer, Helen Adams, Internal Revenue Service, and produced the documents, records, and books sought and requested by the petitioner.

Wherefore, Respondent having complied with this summons, the



United States requests that the June 27, 2003, Show Cause hearing scheduled in this matter be cancelled.

                                  Respectfully Submitted,

                                  MARCOS DANIEL JIMENEZ
                                  United States Attorney

                                  Marilynn K. Lindsey
                                  Assistant United States Attorney
                                  Fl. Bar No. 0230057
                                  500 East Broward Blvd.
                                  Suite #700
                                  Fort Lauderdale, FL 33394
                                  954-356-7255 ext. 3610 Telephone
                                  954-356-7180 Fax

Certificate of Service

I certify that a true and accurate copy of the foregoing was mailed the 25th day of June, 2003 to the following:

PETER LETTERESE
5000 S.W. 148TH AVE.
SOUTHWEST RANCHES, FL 33330

Lu-Ann Dominguez
Gunster, Yoakley & Stewart, P.A.
Broward Financial Centre
500 E. Broward Blvd., Ste. 1400
Ft. Lauderdale, FL 33394-3076

Marilynn K. Lindsey
Assistant United States Attorney