UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60773-CIV-MARRA

UNITED STATES OF AMERICA,

Magistrate Judge Seltzer

    Plaintiff,

vs.

PETER LETTERESE,

    Defendant.
_____/

**CLOSED CIVIL CASE**

FILED by ____ D.C.

JUN 2 7 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises.

On April 24, 2003, Plaintiff submitted a Complaint/Petition to enforce an IRS summons. On June 25, 2003, Plaintiff filed a Notice of Compliance. [DE 7] As no further relief was requested by Plaintiff, the Clerk shall Close the case. Any pending motions are DENIED as moot.

DONE AND SIGNED in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of June, 2003.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:

Marilynn Lindsey
500 East Broward Blvd.
7th Floor
Fort Lauderdale, FL 33394